```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

|  |  |
|---|---|
| TRACEY HOLLEY McCLENDON, SIEDAH HOLLEY, and KE'VIS PLEDGER, | * |
| Plaintiffs, | *   CASE NO. 4:08-CV-63(CDL) |
| vs. | * |
| THE CITY OF ATLANTA, THE CITY OF ATLANTA POLICE DEPARTMENT, and POLICE OFFICER KATIE AHEARN, | * |
| Defendants. | * |

O R D E R

Presently pending before the Court is Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 5). Since Plaintiff's Complaint does not allege a federal question[1] or complete diversity of citizenship,[2] the Court lacks subject matter jurisdiction over this action. Accordingly, Defendants' Motion to Dismiss is granted (Doc. 5), and this action is dismissed.

IT IS SO ORDERED, this 21st day of October, 2008.

                                            S/Clay D. Land
                                              CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE

---

[1] *See* 28 U.S.C. § 1331.

[2] *See* 28 U.S.C. § 1332.